164 A.3d 412

MARK R. KRZYKALSKI, PLAINTIFF–PETITIONER, AND MICHELE KRZYKALSKI, PLAINTIFF, v. DAVID T. TINDALL, DEFENDANT–RESPONDENT.

March 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2539/2774–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.